IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              :
RICHARD THOMAS KONTIR,          : Bankruptcy No. 23-11010 - PMM
              Debtor(s)         : Chapter 13

## **PRAECIPE**

Please withdraw docket entry on 9/26/2023 stating Meeting of Creditors Held and Concluded. This meeting has been continued to November 7, 2023 at 1:30 PM.

                                          Respectfully submitted,

Date: October 4, 2023               */s Scott F. Waterman*
                                        Scott F. Waterman
                                          Standing Chapter 13 Trustee
                                          info@readingch13.com
                                          610-779-1313