United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

    Richard Thomas Kontir,

          Debtor.

Case No. 23-11010-pmm

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Second Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Pennsylvania Department of Revenue (CM/ECF)

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

QNB Bank
15 N 3rd St
Quakertown, PA 18951

First Commonwealth Federal Credit Union
Attn: Bankruptcy
PO Box 20450
Lehigh Valley, PA 18002-0450

Date: November 9, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com