IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 Bankruptcy |
| RICHARD THOMAS KONTIR | : | |
|     Debtor | : | No. 23-11010-pmm |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF REVENUE | : | |
|     Movant | : | |
| | : | |
| RICHARD THOMAS KONTIR | : | |
|     Respondent | : | |

## **ORDER**

Upon consideration of the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue's Objection to Debtor's 2nd Amended Chapter 13 Plan Filed November 9, 2023 and the Debtor's Response thereto, if any, and after notice and opportunity for hearing, it is hereby,

ORDERED that the Objection of the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue to Confirmation of the Chapter 13 Plan is SUSTAINED.