IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 Bankruptcy |
| RICHARD THOMAS KONTIR | : | |
|     Debtor | : | No. 23-11010-pmm |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF REVENUE | : | |
|     Movant | : | |
| | : | |
| RICHARD THOMAS KONTIR | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE

I, Kelly M. Appleyard, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on this date, pursuant to F.R.B.P. 3015(f), a true and correct copy of the foregoing Objection of the Commonwealth of Pennsylvania, Department of Revenue to Confirmation of the Debtor's 2nd Amended Chapter 13 Plan Filed November 9, 2023 and Proposed Order was served electronically on the following:

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA  19102

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA  19606

U.S. Trustee
United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA  19107

Date: November 14, 2023

    *s/ Kelly M. Appleyard*
    Kelly M. Appleyard
    Deputy Attorney General