United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Richard Thomas Kontir,<br><br>　　　　　　Debtor. | Case No. 23-11010-pmm<br><br>Chapter 13 |

**Certificate of Service**

　　I certify that on this date I served a true and correct copy of the Debtor's Fourth Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Pennsylvania Department of Revenue (CM/ECF)

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

QNB Bank
15 N 3rd St
Quakertown, PA 18951

First Commonwealth Federal Credit Union
Attn: Bankruptcy
PO Box 20450
Lehigh Valley, PA 18002-0450

Date: December 11, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com