## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

| | |
|---|---|
| Richard Thomas Kontir,<br><br>*Debtor*. | Chapter 13<br>Case No. 23-11010-pmm |

### Notice of Motion to Reinstate Case, Response Deadline, and Hearing Date

A Motion to Reinstate Case has been filed with the court in the above matter by Debtor Richard Thomas Kontir.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may want to consult one.**

If you do not want the court to grant the relief sought in the motion or you want the court to consider your views, you must file a response on or before May 20, 2024.

**A hearing on the motion is scheduled to be held on May 30, 2024, at 11:00 a.m.** before U.S. Bankruptcy Judge Patricia M. Mayer at The Gateway Building, 201 Penn Street, Reading, PA 19601. The hearing will be an evidentiary hearing unless the court orders otherwise.

**If you do not file a response, the court may cancel the hearing and enter an order granting the relief requested in the motion.** You may contact the clerk of court at 610-208-5040 to find out whether the hearing has been canceled. If a copy of the motion is not enclosed, a copy will be provided to you if you request one from the attorney listed below.

### How to File a Response

If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you are not required to file electronically, you must file your response at U.S. Bankruptcy Court, 201 Penn Street, Suite 103 Reading, PA 19601. If you mail your response, you must mail it early enough so that it will be received by the court on or before the deadline.

Dated: May 6, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

*Attorney for Movant*