**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Reading Division

| | |
|---|---|
| Richard Thomas Kontir, <br><br> *Debtor*. | Chapter 13 <br> Case No. 23-11010-pmm |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Reinstate Case

- Notice of Motion to Reinstate Case, Response Deadline, and Hearing Date

Dated: May 6, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

Commonwealth of Pennsylvania
Department of R
Bankruptcy Division
P O Box 280946
Harrisburg, PA 17128-0946

Tax Claim Bureau
633 Court Street
Second Floor
Reading, PA 19601-4300

U.S. Attorney Office
c/o Virginia Powel, Esq.
Room 1250
615 Chestnut Street
Philadelphia, PA 19106-4404

Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212-5862

Amerigas
460 N Gulph Rd
Kng of Prussa, PA 19406-2815

BB AND T
PO BOX 1847
WILSON NC 27894-1847

BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Barclays Bank
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899-8801

Brksb/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179-0034

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

COLLEGE AVE STUDENT LOANS
233 N KING STREET
SUITE 400
WILMINGTON DE 19801-2545

Commonwealth of PA Dept. of Revenue
c/o Kelly Appleyard, Esquire
Office of Attorney General
15th Floor Strawberry Square
Harrisburg, PA 17120-0001

Cornerstone/American Education Services
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461

Credit One Bank
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193-8873

First Commonwealth Fcu
Attn: Bankruptcy
PO Box 20450
Lehigh Valley, PA 18002-0450

FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

First National Bank of Omaha
c/o BQ & Associates, PC, LLO
14211 Arbor Street, Suite 100
Omaha, NE 68144-2312

Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176-0379

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Leopald & Associates PLLC
275 Curry Hollow Rd Ste 280 Bldg 1
Pittsburgh, PA 15236-4655

M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

NJ E-Z Pass
PO Box Box 52003
Newark, NJ 07101-8203

Navient
Attn: Bankruptcy
PO Box 9640
Wilkes-Barr, PA 18773-9640

NJ EZPASS
ATTN ATTN NJ EZPASS/ JASMINE JENKINS
375 MCCARTER HIGHWAY
SUITE 200
NEWARK NJ 07114-2562

Northampton County Revenue Division
669 Washington St Rm 2132
Easton, PA 18042-7490

PPL Electric Utilities
827 Hausman Road
Allentown, PA 18104-9392

PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
Po Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Qnb Bank
15 N 3rd St
Quakertown, PA 18951-1376

Raymour & Flanigan
Attn: Bankruptcy
PO Box 220
Liverpool, NY 13088-0220

Regency Cons Disc Co I
1830 Stefko Blvd
Bethlehem, PA 18017-6235

Sallie Mae
P.O. Box 3319
Wilmington, DE 19804-4319

Synchrony Bank
Attn: Bankruptcy Dept.
PO Box 965064
Orlando, FL 32896-5064

TD Retail Card Services
PO Box 100270
Columbia, SC 29202-3270

Target Nb
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440-9475

Truist Bank
Attn: Bankruptcy
Mail Code VA-RVW
Po Box 85092
Richmond, VA 23285-5092

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Williams Township
655 Cider Press Rd
Easton, PA 18042-8746

Wilson Area School District
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

World's Foremost Bank
4800 NW 1st Street Suite 300
Lincoln, NE 68521-4463