# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

| | |
|---|---|
| Richard Thomas Kontir,<br><br>*Debtor.* | Chapter 13<br>Case No. 23-11010-pmm |

### Order Granting Motion to Reinstate Case

And now, after consideration of the Motion to Reinstate Case filed by Debtor Richard Thomas Kontir, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **REINSTATED**.

Date: **May 29, 2024**

*Patricia M. Mayer*
Patricia M. Mayer
U.S. Bankruptcy Judge