United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-11010-pmm
Richard Thomas Kontir Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 4
Date Rcvd: May 29, 2024 Form ID: pdf900 Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard Thomas Kontir, 130 Kichline Rd, Hellertown, PA 18055-9734 |
| NONE | + | c/o Kelly L. Eberle QNB Bank, PO box 215, perkasie 18944-0215 |
| 14778733 | | Amerigas, 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |
| 14773750 | + | Commonwealth of PA Dept. of Revenue, c/o Kelly Appleyard, Esquire, Office of Attorney General, 15th Floor Strawberry Square, Harrisburg, PA 17120-0001 |
| 14773479 | | First Commonwealth Fcu, Attn: Bankruptcy, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 14773483 | | Leopald & Associates PLLC, 275 Curry Hollow Rd Ste 280 Bldg 1, Pittsburgh, PA 15236-4655 |
| 14773486 | + | NJ E-Z Pass, PO Box Box 52003, Newark, NJ 07101-8203 |
| 14773487 | + | Northampton County Revenue Division, 669 Washington St Rm 2132, Easton, PA 18042-7490 |
| 14773490 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14816981 | + | QNB Bank, c/o Kelly L. Eberle, Esquire, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14773491 | + | Qnb Bank, 15 N 3rd St, Quakertown, PA 18951-1376 |
| 14773493 | + | Regency Cons Disc Co I, 1830 Stefko Blvd, Bethlehem, PA 18017-6235 |
| 14773496 | + | TD Retail Card Services, PO Box 100270, Columbia, SC 29202-3270 |
| 14773497 | | Third Federal Savings, Bb&t Credit Dispute Department, Wilson, NC 27894 |
| 14773501 | | Wendy Kontir, 130 Kichline Rd, Hellertown, PA 18055-9734 |
| 14773502 | | Williams Township, 655 Cider Press Rd, Easton, PA 18042-8746 |
| 14773503 | + | Wilson School District, 2601 Grandview Blvd, Reading, PA 19609-1300 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 29 2024 23:57:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 29 2024 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 23:57:00 | Commonwealth of Pennsylvania Department of Revenue, Bankruptcy Division, P O Box 280946, Harrisburg, PA 17128-0946 |
| 14773465 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 30 2024 00:08:13 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14773468 | | Email/Text: bankruptcy@bbandt.com | May 29 2024 23:57:00 | BB&T, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894 |
| 14773469 | | Email/PDF: acg.bmw.ebn@aisinfo.com | May 30 2024 00:08:33 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 14773466 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 29 2024 23:57:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14775735 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 29 2024 23:57:00 | Bank of America, N.A., PO Box 673033, Dallas, |

| | | | | |
|---|---|---|---|---|
| | | | | TX 75267-3033 |
| 14773467 | | Email/Text: BarclaysBankDelaware@tsico.com | May 29 2024 23:57:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14773470 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 00:08:45 | Brksb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14773476 | | Email/Text: bankruptcy@collegeave.com | May 29 2024 23:57:00 | College Ave Student Loans, Attn: Bankruptcy Attn: Bankruptcy, 233 N. King Street , Suite 400, Wilmington, DE 19801 |
| 14773471 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 00:08:34 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14773472 | | Email/PDF: acg.acg.ebn@aisinfo.com | May 30 2024 00:08:32 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14773475 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 00:08:33 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14782011 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 00:08:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14773477 | | Email/Text: bncnotifications@pheaa.org | May 29 2024 23:57:00 | Cornerstone/American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14773478 | + | Email/PDF: creditonebknotifications@resurgent.com | May 30 2024 00:08:19 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14773480 | | Email/Text: collecadminbankruptcy@fnni.com | May 29 2024 23:57:00 | First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 14786997 | ^ | MEBN | May 29 2024 23:55:24 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 14773481 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 29 2024 23:57:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14773482 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 29 2024 23:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14773473 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 30 2024 00:19:02 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14773474 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 30 2024 00:19:05 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14777998 | + | Email/Text: RASEBN@raslg.com | May 29 2024 23:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14783492 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 00:08:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14773484 | | Email/Text: camanagement@mtb.com | May 29 2024 23:57:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 14780043 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 29 2024 23:57:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 14773485 | + | Email/PDF: pa_dc_claims@navient.com | May 30 2024 00:19:01 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14773488 | | Email/Text: fesbank@attorneygeneral.gov | May 29 2024 23:57:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14790406 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 00:08:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14778734 | ^ | MEBN | | |

| | | | May 29 2024 23:55:35 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
|---|---|---|---|---|
| 14772459 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14773490 | ^ | MEBN | May 29 2024 23:55:36 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14773492 | ^ | MEBN | May 29 2024 23:55:31 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 14815194 | | Email/Text: ebn_bkrt_forms@salliemae.com | May 29 2024 23:58:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14773494 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:48 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14773495 | + | Email/Text: bncmail@w-legal.com | May 29 2024 23:57:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14773498 | | Email/Text: bankruptcy@bbandt.com | May 29 2024 23:57:00 | Truist Bank, Attn: Bankruptcy, Mail Code VA-RVW, Po Box 85092, Richmond, VA 23285-5092 |
| 14773499 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 29 2024 23:58:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14773500 | ^ | MEBN | May 29 2024 23:55:25 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14812045 | + | Email/Text: Bankruptcy@keystonecollects.com | May 29 2024 23:57:00 | Wilson Area School District / Williams Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14773504 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 00:08:20 | World's Foremost Bank, 4800 NW 1st Street Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14773489 | * | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| KELLY LYN EBERLE | on behalf of c/o Kelly L. Eberle QNB Bank keberle@grimlaw.com ksaborsky@grimlaw.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Richard Thomas Kontir help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Reading Division

| | |
|---|---|
| Richard Thomas Kontir,<br><br>*Debtor*. | Chapter 13<br>Case No. 23-11010-pmm |

**Order Granting Motion to Reinstate Case**

And now, after consideration of the Motion to Reinstate Case filed by Debtor Richard Thomas Kontir, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **REINSTATED**.

Date: **May 29, 2024**

Patricia M. Mayer
U.S. Bankruptcy Judge