Richard Thomas Kontir
130 Kichline Rd
Hellertown, PA  18055-9734

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Richard Thomas Kontir<br><br>　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 23-11010-PMM |

### PRAECIPE

TO THE CLERK:

Kindly (re)schedule a Confirmation Hearing on August 01, 2024 at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), counsel for debtor(s), standing chapter 13 trustee all creditors.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted

Date: June 05, 2024　　　　　　　　　　　*/s/ Scott F. Waterman*
　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esq.
　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee