UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Richard Thomas Kontir<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 23-11010-PMM |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 04/06/2023.

3.    This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay as defined by 11 U.S.C Section 1307(c)(1) by the above-captioned Debtor(s).

    WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 06/05/2024                        Respectfully submitted,

                                              */s/ Rolando Ramos, Esq.*
                                              Rolando Ramos, Esq.
                                              for
                                              Scott F. Waterman, Esq.
                                              Standing Chapter 13 Trusteee
                                              2901 St. Lawrence Avenue, Suite 100
                                              Reading, PA  19606
                                              Telephone: (610) 779-1313