United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                      Case No. 23-11010-pmm
Richard Thomas Kontir                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin          Page 1 of 4
Date Rcvd: Jun 06, 2024       Form ID: 152         Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard Thomas Kontir, 130 Kichline Rd, Hellertown, PA 18055-9734 |
| 14778733 | | Amerigas, 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |
| 14773750 | + | Commonwealth of PA Dept. of Revenue, c/o Kelly Appleyard, Esquire, Office of Attorney General, 15th Floor Strawberry Square, Harrisburg, PA 17120-0001 |
| 14773479 | | First Commonwealth Fcu, Attn: Bankruptcy, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 14773483 | | Leopald & Associates PLLC, 275 Curry Hollow Rd Ste 280 Bldg 1, Pittsburgh, PA 15236-4655 |
| 14773486 | + | NJ E-Z Pass, PO Box Box 52003, Newark, NJ 07101-8203 |
| 14773487 | + | Northampton County Revenue Division, 669 Washington St Rm 2132, Easton, PA 18042-7490 |
| 14816981 | + | QNB Bank, c/o Kelly L. Eberle, Esquire, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14773491 | + | Qnb Bank, 15 N 3rd St, Quakertown, PA 18951-1376 |
| 14773493 | + | Regency Cons Disc Co I, 1830 Stefko Blvd, Bethlehem, PA 18017-6235 |
| 14773496 | + | TD Retail Card Services, PO Box 100270, Columbia, SC 29202-3270 |
| 14773497 | | Third Federal Savings, Bb&t Credit Dispute Department, Wilson, NC 27894 |
| 14773501 | | Wendy Kontir, 130 Kichline Rd, Hellertown, PA 18055-9734 |
| 14773502 | | Williams Township, 655 Cider Press Rd, Easton, PA 18042-8746 |
| 14773503 | + | Wilson School District, 2601 Grandview Blvd, Reading, PA 19609-1300 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 06 2024 23:59:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 07 2024 00:00:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2024 00:00:00 | Commonwealth of Pennsylvania Department of Revenue, Bankruptcy Division, P O Box 280946, Harrisburg, PA 17128-0946 |
| 14773465 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 07 2024 00:08:47 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14773468 | | Email/Text: bankruptcy@bbandt.com | Jun 07 2024 00:00:00 | BB&T, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894 |
| 14773469 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jun 07 2024 00:25:28 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 14773466 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 06 2024 23:59:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14775735 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 06 2024 23:59:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14773467 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 07 2024 00:00:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Wilmington, DE 19899-8801 |
| 14773470 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2024 00:09:07 | Brksb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14773476 | | Email/Text: bankruptcy@collegeave.com | Jun 06 2024 23:59:00 | College Ave Student Loans, Attn: Bankruptcy Attn: Bankruptcy, 233 N. King Street, Suite 400, Wilmington, DE 19801 |
| 14773471 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2024 00:25:03 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14773472 | | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 07 2024 00:08:50 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14773475 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2024 00:09:09 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14782011 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2024 00:08:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14773477 | | Email/Text: bncnotifications@pheaa.org | Jun 06 2024 23:59:00 | Cornerstone/American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14773478 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 07 2024 00:08:46 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14773480 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 07 2024 00:00:00 | First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 14786997 | ^ | MEBN | Jun 06 2024 23:58:04 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 14773481 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 07 2024 00:00:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14773482 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 07 2024 00:00:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14773473 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 07 2024 00:09:05 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14773474 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 07 2024 00:08:26 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14777998 | + | Email/Text: RASEBN@raslg.com | Jun 06 2024 23:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14783492 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2024 00:08:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14773484 | | Email/Text: camanagement@mtb.com | Jun 07 2024 00:00:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 14780043 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 06 2024 23:59:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 14773485 | + | Email/PDF: pa_dc_claims@navient.com | Jun 07 2024 00:08:48 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14773488 | | Email/Text: fesbank@attorneygeneral.gov | Jun 07 2024 00:00:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14790406 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2024 00:09:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14778734 | ^ | MEBN | Jun 06 2024 23:58:13 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14772459 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 07 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14773490 | ^ | MEBN | Jun 06 2024 23:58:14 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14773492 | ^ | MEBN | Jun 06 2024 23:58:11 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 14815194 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jun 07 2024 00:00:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14773494 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 07 2024 00:24:36 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14773495 | + | Email/Text: bncmail@w-legal.com | Jun 07 2024 00:00:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14773498 | | Email/Text: bankruptcy@bbandt.com | Jun 07 2024 00:00:00 | Truist Bank, Attn: Bankruptcy, Mail Code VA-RVW, Po Box 85092, Richmond, VA 23285-5092 |
| 14773499 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 07 2024 00:00:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14773500 | ^ | MEBN | Jun 06 2024 23:58:06 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14812045 | + | Email/Text: Bankruptcy@keystonecollects.com | Jun 07 2024 00:00:00 | Wilson Area School District / Williams Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14773504 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2024 00:08:26 | World's Foremost Bank, 4800 NW 1st Street Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14773489 | * | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 06, 2024 | Form ID: 152 | Total Noticed: 57 |

KELLY LYN EBERLE
    on behalf of c/o Kelly L. Eberle QNB Bank keberle@grimlaw.com  ksaborsky@grimlaw.com

Kelly M. Appleyard
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov

MICHAEL A. CIBIK
    on behalf of Debtor Richard Thomas Kontir help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard Thomas Kontir
    Debtor(s)

Case No: 23−11010−pmm

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 8/1/24 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

68
Form 152