IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 Bankruptcy |
| RICHARD THOMAS KONTIR | : | |
| Debtor | : | No. 23-11010-pmm |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF REVENUE | : | |
| Movant | : | |
| | : | |
| RICHARD THOMAS KONTIR | : | |
| Respondent | : | |

**PRAECIPE TO WITHDRAW COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE'S OBJECTION OF THE TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

Kindly withdraw the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue's Objection to Confirmation of the Debtor's Chapter 13 Plan filed at Docket No. 12, as such Objection has been resolved by the Debtor's 4th Amended Plan filed December 11, 2023.

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

Date: July 30, 2024        By:    */s/ Kelly M. Appleyard*
Kelly M. Appleyard
Office of Attorney General         Deputy Attorney General
Financial Enforcement Section      Attorney ID 320919
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 497-8758

Counsel for Commonwealth of Pennsylvania
kappleyard@attorneygeneral.gov     Department of Revenue