United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-11010-pmm

Richard Thomas Kontir     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4

Date Rcvd: Aug 01, 2024     Form ID: 155     Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard Thomas Kontir, 130 Kichline Rd, Hellertown, PA 18055-9734 |
| 14778733 | | Amerigas, 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |
| 14773750 | + | Commonwealth of PA Dept. of Revenue, c/o Kelly Appleyard, Esquire, Office of Attorney General, 15th Floor Strawberry Square, Harrisburg, PA 17120-0001 |
| 14773479 | | First Commonwealth Fcu, Attn: Bankruptcy, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 14773483 | | Leopold & Associates PLLC, 275 Curry Hollow Rd Ste 280 Bldg 1, Pittsburgh, PA 15236-4655 |
| 14773486 | + | NJ E-Z Pass, PO Box Box 52003, Newark, NJ 07101-8203 |
| 14773487 | + | Northampton County Revenue Division, 669 Washington St Rm 2132, Easton, PA 18042-7490 |
| 14816981 | + | QNB Bank, c/o Kelly L. Eberle, Esquire, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14773491 | + | Qnb Bank, 15 N 3rd St, Quakertown, PA 18951-1376 |
| 14773493 | + | Regency Cons Disc Co I, 1830 Stefko Blvd, Bethlehem, PA 18017-6235 |
| 14773496 | + | TD Retail Card Services, PO Box 100270, Columbia, SC 29202-3270 |
| 14773497 | | Third Federal Savings, Bb&t Credit Dispute Department, Wilson, NC 27894 |
| 14773501 | | Wendy Kontir, 130 Kichline Rd, Hellertown, PA 18055-9734 |
| 14773502 | | Williams Township, 655 Cider Press Rd, Easton, PA 18042-8746 |
| 14773503 | + | Wilson School District, 2601 Grandview Blvd, Reading, PA 19609-1300 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14773465 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 02 2024 00:31:46 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14773468 | | Email/Text: bankruptcy@bbandt.com | Aug 02 2024 00:17:00 | BB&T, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894 |
| 14773469 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 02 2024 00:32:19 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 14773466 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 02 2024 00:16:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14775735 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 02 2024 00:16:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14773467 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 02 2024 00:17:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14773470 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2024 00:20:48 | Brksb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14773476 | | Email/Text: bankruptcy@collegeave.com | Aug 02 2024 00:16:00 | College Ave Student Loans, Attn: Bankruptcy Attn: Bankruptcy, 233 N. King Street , Suite 400, Wilmington, DE 19801 |
| 14773471 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2024 00:31:12 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

Case 23-11010-pmm   Doc 77   Filed 08/03/24   Entered 08/04/24 00:37:51   Desc Imaged
                        Certificate of Notice    Page 2 of 5
District/off: 0313-4                          User: admin                                      Page 2 of 4
Date Rcvd: Aug 01, 2024                       Form ID: 155                                 Total Noticed: 54

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14773472 | | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 02 2024 00:45:44 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14773475 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2024 00:32:27 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14782011 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2024 00:31:42 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14773477 | | Email/Text: bncnotifications@pheaa.org | Aug 02 2024 00:16:00 | Cornerstone/American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14773478 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 02 2024 00:20:44 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14773480 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 02 2024 00:16:00 | First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 14786997 | ^ | MEBN | Aug 02 2024 00:12:30 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 14773481 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 02 2024 00:16:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14773482 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 02 2024 00:17:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14773473 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 02 2024 00:19:31 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14773474 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 02 2024 00:31:28 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14777998 | + | Email/Text: RASEBN@raslg.com | Aug 02 2024 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14783492 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2024 00:20:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14773484 | | Email/Text: camanagement@mtb.com | Aug 02 2024 00:17:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 14780043 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 02 2024 00:16:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 14773485 | + | Email/PDF: pa_dc_claims@navient.com | Aug 02 2024 00:19:35 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14773488 | | Email/Text: fesbank@attorneygeneral.gov | Aug 02 2024 00:17:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14790406 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2024 00:19:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14778734 | ^ | MEBN | Aug 02 2024 00:12:58 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14772459 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 02 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14773490 | ^ | MEBN | Aug 02 2024 00:13:06 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14773492 | ^ | MEBN | Aug 02 2024 00:12:43 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 14815194 | | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 02 2024 00:17:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE |

Case 23-11010-pmm   Doc 77   Filed 08/03/24   Entered 08/04/24 00:37:51   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 01, 2024 | Form ID: 155 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19804-4319 |
| 14773494 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2024 00:20:14 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14773495 | + | Email/Text: bncmail@w-legal.com | Aug 02 2024 00:17:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14773498 | | Email/Text: bankruptcy@bbandt.com | Aug 02 2024 00:17:00 | Truist Bank, Attn: Bankruptcy, Mail Code VA-RVW, Po Box 85092, Richmond, VA 23285-5092 |
| 14773499 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 02 2024 00:17:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14773500 | ^ | MEBN | Aug 02 2024 00:12:31 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14812045 | + | Email/Text: Bankruptcy@keystonecollects.com | Aug 02 2024 00:17:00 | Wilson Area School District / Williams Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14773504 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2024 00:31:15 | World's Foremost Bank, 4800 NW 1st Street Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14773489 | * | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KELLY LYN EBERLE | on behalf of c/o Kelly L. Eberle QNB Bank keberle@grimlaw.com ksaborsky@grimlaw.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Richard Thomas Kontir help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 01, 2024 | Form ID: 155 | Total Noticed: 54 |

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Richard Thomas Kontir<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−11010−pmm<br><br>Chapter: 13 |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: August 1, 2024                                                                   For The Court

                                                                                            Patricia M. Mayer
                                                                                            Judge, United States Bankruptcy Court