# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11010-pmm |
| Richard Thomas Kontir, | Chapter 13 |
| Debtor, | |

## Order Granting Cibik Law, P.C.'s Application for Compensation and Reimbursement of Expenses

The Court having considered the Amended Application for Compensation and Reimbursement of Expenses filed by Applicant Cibik Law, P.C., it is hereby **ORDERED** that:

1. The application is **GRANTED**.

2. Compensation is **ALLOWED** in the amount of **$4,725.00**.

3. Reimbursement is **ALLOWED** in the amount of **$0.00**.

4. The chapter 13 trustee is authorized to distribute the above compensation and reimbursement as an administrative expense to the Applicant pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b), and 11 U.S.C. §330(a)(4)(B), less **$1,250.00**, which was previously paid by the debtor.

Date: **August 8, 2024**

Patricia M. Mayer
U.S. Bankruptcy Judge