| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-11010-PMM**

Richard Thomas Kontir                                                Petition Filed Date: 04/06/2023
130 Kichline Rd                                                      341 Hearing Date: 07/11/2023
Hellertown  PA    18055-9734                                         Confirmation Date: 08/01/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/13/2023 | $2,500.00 | | 09/19/2023 | $1,125.00 | | 10/18/2023 | $850.00 | |
| 11/08/2023 | $775.00 | | 11/15/2023 | $850.00 | | 12/27/2023 | $775.00 | |
| 01/30/2024 | $700.00 | | 02/09/2024 | $700.00 | | 03/11/2024 | $700.00 | |
| 04/01/2024 | $300.00 | | 06/04/2024 | $5,306.00 | 1677 | 06/24/2024 | $1,277.00 | |
| 07/22/2024 | $1,277.00 | | | | | | | |

**Total Receipts for the Period:  $17,135.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $18,412.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $12,193.84 | $0.00 | $12,193.84 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $1,727.34 | $460.16 | $1,267.18 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $83.10 | $0.00 | $83.10 |
| 4 | BANK OF AMERICA NA<br>»» 002 | Unsecured Creditors | $10,085.61 | $0.00 | $10,085.61 |
| 5 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $3,306.81 | $0.00 | $3,306.81 |
| 6 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $11,404.52 | $0.00 | $11,404.52 |
| 7 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $23,066.79 | $0.00 | $23,066.79 |
| 8 | CHASE BANK USA NA<br>»» 006 | Unsecured Creditors | $13,353.97 | $0.00 | $13,353.97 |
| 0 | CIBIK LAW, PC | Attorney Fees | $3,475.00 | $3,475.00 | $0.00 |
| 9 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 007 | Unsecured Creditors | $2,293.47 | $0.00 | $2,293.47 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $43,253.44 | $11,522.59 | $31,730.85 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $38,493.12 | $0.00 | $38,493.12 |
| 12 | CITIBANK NA<br>»» 009 | Unsecured Creditors | $616.86 | $0.00 | $616.86 |
| 13 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $5,850.66 | $0.00 | $5,850.66 |
| 14 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $3,609.00 | $0.00 | $3,609.00 |

**Chapter 13 Case No. 23-11010-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | FIRST NATL BANK OF OMAHA<br>»» 012 | Unsecured Creditors | $27,269.62 | $0.00 | $27,269.62 |
| 16 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $5,739.17 | $0.00 | $5,739.17 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $4,317.19 | $0.00 | $4,317.19 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $2,125.38 | $0.00 | $2,125.38 |
| 19 | KEYSTONE COLLECTIONS GROUP<br>»» 016 | Unsecured Creditors | $7,272.03 | $0.00 | $7,272.03 |
| 20 | SALLIE MAE<br>»» 017 | Unsecured Creditors | $24,119.76 | $0.00 | $24,119.76 |
| 21 | SALLIE MAE<br>»» 018 | Unsecured Creditors | $32,784.48 | $0.00 | $32,784.48 |
| 22 | SALLIE MAE<br>»» 019 | Unsecured Creditors | $1,430.23 | $0.00 | $1,430.23 |
| 23 | SALLIE MAE<br>»» 020 | Unsecured Creditors | $8,892.58 | $0.00 | $8,892.58 |
| 24 | SALLIE MAE<br>»» 021 | Unsecured Creditors | $16,916.90 | $0.00 | $16,916.90 |
| 25 | SALLIE MAE<br>»» 022 | Unsecured Creditors | $10,355.07 | $0.00 | $10,355.07 |
| 26 | QUAKERTOWN NATIONAL BANK<br>»» 023 | Mortgage Arrears | $5,474.00 | $0.00 | $5,474.00 |
| 27 | QUAKERTOWN NATIONAL BANK<br>»» 024 | Mortgage Arrears | $324.18 | $0.00 | $324.18 |
| 28 | FIRST COMMONWEALTH FCU | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | AMERIGAS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | BKSB/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | COLLEGE AVE STUDENT LOANS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | CORNERSTONE/AMERICAN ED SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | FIRST COMMONWEALTH FCU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | PPL ELECTRIC UTILITIES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | TARGET NB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | WORLDS FOREMOST BANK N | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11010-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,412.00 | Current Monthly Payment: | $1,291.00 |
| Paid to Claims: | $15,457.75 | Arrearages: | ($584.00) |
| Paid to Trustee: | $1,804.95 | Total Plan Base: | $74,632.00 |
| Funds on Hand: | $1,149.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.