IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | NO. 23-11010 |
| RICHARD KONTIR <br> Debtor | CHAPTER 13 |
| QNB BANK <br> Movant | Hearing Date: January 7, 2025 at 10:00 a.m. |
| -vs- | |
| RICHARD KONTIR <br> Respondent | |
| and SCOTT F. WATERMAN <br> Trustee | |

## **ORDER**

AND NOW, this      day of            , 2025, upon consideration of the Motion of QNB Bank, for Relief from Automatic Stay to Proceed with Mortgage Foreclosure and after notice and opportunity for hearing under the Bankruptcy Code, the Motion is GRANTED. Movant is exempted from further compliance with Fed. Rules Bankr. P. 3002.1 and 4001, and the Automatic Stay of this Bankruptcy is hereby modified to permit Movant, QNB Bank, to proceed with Mortgage Foreclosure, Sheriff's Sale, and Ejectment against the real estate of the Debtor, Richard Kontir, located at 130 Kichline Road, Hellertown, Pennsylvania 18055. This Order remaining in full force and effect in the event of a subsequent conversion of the Plan to another chapter.

                                                              B.J.

| Counsel for Movant | Trustee: |
|---|---|
| Kelly L. Eberle, Esquire | Scott F. Waterman |
| Grim, Biehn & Thatcher | 2901 St. Lawrence Avenue |
| P.O. Box 215 | Suite 100 |
| Perkasie, PA   18944 | Reading, PA 19606 |
| | |
| Debtor: | Attorney for Debtor: |
| Richard Kontir | Michael A. Cibik, Esq. |
| 130 Kichline Road | Cibik Law, P.C. |
| Hellertown, PA 18055 | 1500 Walnut Street, Suite 900 |
| | Philadelphia, PA 19102 |

\* Interested Parties (if any)