IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>RICHARD KONTIR<br>　　　　　　　　Debtor | NO. 23-11010<br><br>CHAPTER 13 |
| QNB BANK<br>　　　　　　　　Movant<br><br>　　-vs-<br><br>RICHARD KONTIR<br>　　　　　　　　Respondent<br><br>and SCOTT F. WATERMAN<br>　　　　　　　　Trustee | Hearing Date: January 7, 2025 at 10:00 a.m. |

**CERTIFICATE OF SERVICE AND CERTIFICATION OF NOTICE**
**PURSUANT TO BANKRUPTCY LOCAL RULE 9014-4**

I, KELLY L. EBERLE, ESQUIRE, attorney for QNB Bank, do hereby certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date, Proposed Order and Motion for Relief from the Automatic Stay, and have been served this 20th day of December, 2024 by first class mail, postage pre-paid, upon those listed below:

Debtor:
Richard Kontir
130 Kichline Road
Hellertown, PA 18055

Attorney for Debtor:
Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Trustee:
Scott F. Waterman
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

　　　　　　　　　　　　　　　　　　　　　　　　GRIM, BIEHN & THATCHER

Dated:　December 19, 2024　　　　By:　/s/ Kelly L. Eberle, Esquire
　　　　　　　　　　　　　　　　　　　Kelly L. Eberle, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　104 S. 6th Street, P.O. Box 215
　　　　　　　　　　　　　　　　　　　Perkasie, PA 18944
　　　　　　　　　　　　　　　　　　　215-257-6811
　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 306591
　　　　　　　　　　　　　　　　　　　keberle@grimlaw.com