IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>RICHARD KONTIR<br>　　　　　　　　Debtor | NO. 23-11010-pmm<br><br>CHAPTER 13 |
| QNB BANK<br>　　　　　　　　Movant<br><br>　　　-vs-<br><br>RICHARD KONTIR<br>　　　　　　　　Respondent<br><br>and SCOTT F. WATERMAN<br>　　　　　　　　Trustee | Hearing Date: January 7, 2025 at 10:00 a.m. |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

　　　Movant, QNB Bank, has filed with the Court, a Motion for Relief from the Automatic Stay to Proceed with Mortgage Foreclosure, Sheriff's Sale, and Ejectment against the real estate of the Debtor, Richard Kontir, located at 130 Kichline Road, Hellertown, Pennsylvania 18055.

　　　**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

　　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 31, 2024, you or your attorney must do all of the following:

　　　　　(a)　　file an answer explaining your position at Clerk, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading, Pennsylvania 19601.  If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　　(b)　　mail a copy to the movant's attorney:
　　　　　　　　Kelly L. Eberle, Esquire
　　　　　　　　Grim, Biehn & Thatcher
　　　　　　　　P.O. Box 215
　　　　　　　　Perkasie, Pennsylvania 18944
　　　　　　　　Phone:　　(215) 257-6811
　　　　　　　　Fax:　　　(215) 254-5374

　　　2.　　If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer, on January 7, 2025, at The Gateway Building, 201 Penn Street, 4th Floor, Reading, Pennsylvania 19601.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at (610) 208-5048 to find out whether the hearing has been canceled because no one filed an answer.

Date: December 20, 2024

| Debtor: | Attorney for Debtor: |
|---|---|
| Richard Kontir | Michael A. Cibik |
| 130 Kichline Road | Cibik Law, P.C. |
| Hellertown, PA 18055 | 1500 Walnut Street, Suite 900 |
| | Philadelphia, PA 19102 |
| | |
| Trustee: | * Interested Parties (if any) |
| Scott F. Waterman | |
| 2901 St. Lawrence Avenue | |
| Suite 100 | |
| Reading, PA 19606 | |