## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Richard Kontir | | CHAPTER 13 |
| | Debtor(s) | |
| QNB Bank | | |
| | Moving Party | |
| vs. | | NO. 23-11010-pmm |
| Richard Kontir | | |
| | Debtor(s) | |
| Scott F. Waterman | | 11 U.S.C. Section 362 |
| | Trustee | |

## ORDER

AND NOW, THIS _____ day of _____, 2025, the terms of the foregoing Stipulation are approved and entered as an Order of This Court.

_____
U.S. Bankruptcy Judge
Hon. Patricia M. Mayer