IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard Kontir<br>        Debtor(s)<br><br>QNB Bank<br>        Moving Party<br>    vs.<br><br>Richard Kontir<br>        Debtor(s)<br><br>Scott F. Waterman<br>        Trustee | CHAPTER 13<br><br><br>NO. 23-11010-pmm<br><br><br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, THIS 13th day of January, 2025, the terms of the foregoing Stipulation are approved and entered as an Order of This Court.

*Patricia M. Mayer*
_____
U.S. Bankruptcy Judge
Hon. Patricia M. Mayer