# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11010-PMM |
| Richard Thomas Kontir, | Chapter 13 |
| Debtor. | |

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The modified plan filed as ECF No. 90 is **APPROVED**.

Date: _____

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge