# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Richard Thomas Kontir,

                      Debtor.

Case No. 23-11010-PMM

Chapter 13

## Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

QNB Bank (CM/ECF)

Pennsylvania Department of Revenue (CM/ECF)

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

Date: January 29, 2025

                                      CIBIK LAW, P.C.
                                      *Counsel for Debtor*

By: /s/ Michael A. Cibik
                                      Michael A. Cibik (#23110)
                                      1500 Walnut Street, Suite 900
                                      Philadelphia, PA 19102
                                      215-735-1060
                                      mail@cibiklaw.com