# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
| **Richard Thomas Kontir** | : |  |
|  | : | Case No. 23-11010-PMM |
|  | : |  |
| **Debtor .** | : |  |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. # 91, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 90) is **approved**.

*/s/ Patricia M. Mayer/*

**Date:**   3/13/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**