United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11010-pmm |
| Richard Thomas Kontir | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Mar 13, 2025      Form ID: pdf900      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard Thomas Kontir, 130 Kichline Rd, Hellertown, PA 18055-9734 |
| NONE | + | c/o Kelly L. Eberle QNB Bank, PO box 215, perkasie 18944-0215 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 14 2025 01:21:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 14 2025 01:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2025 01:22:00 | Commonwealth of Pennsylvania Department of Revenue, Bankruptcy Division, P O Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 13, 2025 | Form ID: pdf900 | Total Noticed: 5 |

KELLY LYN EBERLE
    on behalf of c/o Kelly L. Eberle QNB Bank keberle@grimlaw.com  ksaborsky@grimlaw.com

Kelly M. Appleyard
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov

MICHAEL A. CIBIK
    on behalf of Debtor Richard Thomas Kontir help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
| **Richard Thomas Kontir** | : |  |
|  | : | Case No. 23-11010-PMM |
|  | : |  |
| Debtor . | : |  |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. # 91, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 90) is **approved**.

*Patricia M. Mayer* (signature)

**Date:**  3/13/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**