UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Richard Thomas Kontir<br><br><br>        Debtor | Chapter 13<br><br>Bankruptcy No. 23-11010-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 20th day of January, 2026 by first class mail upon those listed below:

Richard Thomas Kontir
130 Kichline Rd
Hellertown, PA  18055-9734

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC


Office of the United States Trustee


                                                */s/ Kristen Gliem*
                                                Kristen Gliem
                                                for
                                                Scott F. Waterman, Esq.
                                                Standing Chapter 13 Trustee