**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Richard Thomas Kontir, | : | No. 23-11010-pmm |
| | : | |
| Debtor. | : | Electronically Filed Document |

## WITHDRAWAL AND NOTICE OF APPEARANCE

TO:  CLERK, UNITED STATES BANKRUPTCY COURT

Kindly withdraw the appearance of Kelly M. Appleyard, Deputy Attorney General, in the above-captioned case on behalf of the Commonwealth of Pennsylvania, Department of Revenue and remove from the CM/ECF mailing list.

Kindly enter the appearance of Chelsea E. Summers, Deputy Attorney General, on behalf of the Commonwealth of Pennsylvania, Department of Revenue in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any party, be given to the Commonwealth by serving Chelsea E. Summers.

DAVID W. SUNDAY, JR.
Attorney General

| | |
|---|---|
| WITHDRAWAL | ENTRY |
| BY: */s/ Kelly M. Appleyard* | BY: */s/ Chelsea E. Summers* |
| Kelly M. Appleyard | Chelsea E. Summers |
| Deputy Attorney General | Deputy Attorney General |
| PA Attorney No. 320919 | PA Attorney No. 338538 |
| 15th Floor, Strawberry Square | The Phoenix Building |
| Harrisburg, PA  17120 | 1600 Arch Street, Suite 300 |
| | Philadelphia, PA 19103 |
| Phone: (717) 497-8758 | Phone:  (267) 761-1382 |
| Email: kappleyard@attorneygeneral.gov | Email: csummers@attorneygeneral.gov |

DATED:  April 21, 2026

*Counsel for the Commonwealth of*
*Pennsylvania, Department of Revenue*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Richard Thomas Kontir, | : | No. 23-11010-pmm |
| | : | |
| Debtor. | : | Electronically Filed Document |

## CERTIFICATE OF SERVICE

I, Chelsea E. Summers, hereby certify that the Withdrawal and Notice of Appearance has

been filed electronically on this day, and is available for viewing and downloading from the

Court's Electronic Case Filing System.


Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General


By:   */s/ Chelsea E. Summers*
        Chelsea E. Summers
Office of Attorney General                    Deputy Attorney General
Financial Enforcement Section               Attorney ID 338538
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103                         MELISSA L. VAN ECK
Phone: (267) 761-1382                          Chief Deputy Attorney General

csummers@attorneygeneral.gov

                                                      *Counsel for Commonwealth of Pennsylvania,*
Date:  April 21, 2026                           *Department of Revenue*